IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ISABELLA CARRUTH, § § § PLAINTIFF, § § v. § § WAL-MART STORES TEXAS, LLC, et al, § § DEFENDANTS. § § § | Civil Action No. 6:23-cv-00664-ADA-JCM |

**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE**

**TO THE HONORABLE JUDGE GILLILAND:**

**COMES NOW**, Plaintiff Isabella Carruth and Defendant Wal-Mart Stores Texas, LLC[1] (together, the "Parties"), by and through their undersigned counsel, respectfully write to the Court to advise that as of September 25, 2025, the Parties have settled in principle. The Parties are working on the formal paperwork and expect to file a dismissal once it is completed and all Parties have signed off.

The final pre-trial conference is currently scheduled for September 29, 2025, and trial is scheduled to begin on October 6, 2025.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: _/s/ Derek S. Davis_
**DEREK S. DAVIS**
Texas Bar No. 00793591

---

[1] Wal-Mart Stores Texas, LLC ("Defendant" or "Walmart") asserts that it is incorrectly named Walmart, Inc. and Wal-Mart Stores Texas, LP.

Email: Derek.Davis@CooperScully.com
**VICTORIA TUHOVAK**
Texas Bar No. 24120407
Email: Victoria.Tuhovak@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

***ATTORNEYS FOR DEFENDANT***
***WAL-MART STORES TEXAS, LLC***

-AND-
**EISENBERG & BAUM, LLP**

 /s/  David John Hommel
David John Hommel, Esq.
dhommel@eandblaw.com
Reyna Lubin, Esq. (application for pro hac vice admission pending)
rlubin@eandblaw.com
24 Union Square East, PH
New York, New York 10003
Tel:     (212) 353-8700
Fax:     (917) 591-2875

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record named below, *via* facsimile, certified mail/return receipt request, electronic mail, and/or e-service on this 26th day of September, 2025.

 /s/     David John Hommel
**DAVID JOHN HOMMEL**